IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., | CASE NO. 2:13-cv-1224 |
| Plaintiff, | JUDGE EDMUND A. SARGUS |
| v. | |
| DEB SHOPS, INC. | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO VACATE DEFAULT JUDGMENT AND STAY PENDING DEFENDANT'S BANKRUPTCY PROCEEDING

This matter is before the Court on the Plaintiff's motion to vacate the default judgment entered against Defendant and to stay this case pending resolution of Defendant's bankruptcy proceeding. Being sufficiently advised and upon review and consideration, the Court finds the motion well-taken. Accordingly, the motion is hereby GRANTED. The default entered on March 21, 2014 and the final judgment entered on April 22, 2014 are hereby vacated as against Defendant and all proceedings stayed pending resolution of Defendant's Bankruptcy Petition Number 11-11941-KJC currently before the U.S. Bankruptcy Court for the District of Delaware.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2014.

_____
EDMUND A. SARGUS
UNITED STATES DISTRICT JUDGE